[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 13, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-13668
Non-Argument Calendar

_____

D. C. Docket No. 06-00465-CR-T-24-EAJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAIRO GAMBOA-VICTORIA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(May 13, 2008)**

Before BIRCH, DUBINA and WILSON, Circuit Judges.

PER CURIAM:

Daniel M. Hernandez, counsel for Jairo Gamboa-Victoria, has filed a motion

to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v.</u> <u>California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because our independent review of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Gamboa-Victoria's convictions and sentences are **AFFIRMED**.